United States Bankruptcy Court
Northern District of Ohio

In re:                                                        Case No. 17-33403-maw
Jacquelyn R. Williams                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: admin              Page 1 of 2          Date Rcvd: Nov 01, 2017
                              Form ID: 309A             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
```
db             +Jacquelyn R. Williams,    3303 Venice Road rear,    Sandusky, OH 44870-1764
tr             +Patti Baumgartner-Novak,    3015 Navarre Avenue #203,    Oregon, OH 43616-3339
25140136       +Amherst Animal Hospital,    Att: Mark Gigliotti, Owner,    1425 Cooper Foster Park Rd,
                Amherst, OH 44001-1202
25140137       +Anesthesia Service Inc,    860 East Broad St., #I,    Attn: CEO,    Elyria, OH 44035-6542
25140141       +Charles Turner, Esq.,    38 East Ridgewood Avenue, #395,    Ridgewood, NJ 07450-3808
25140142       +City of Lorain Taxation Department,    605 W Fourth St,    Lorain, OH 44052-1605
25140143       +Cleveland Clinic,    Attn: Tom Mihaljevic, CEO,    9500 Euclid Avenue,    Cleveland, OH 44195-0002
25140144       +Community Health Partners,    Attn: Edwin Oley, CEO,    3700 Kolbe Road,    Lorain, OH 44053-1611
25140146       +FFCC,    24700 Chagrin Blvd, #205,    Beachwood, OH 44122-5630
25140148       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Attn: President,    38 Fountain Square Plaza,
                Cincinnati, OH 45263)
25140147       #+Fidelity National Collections,    220 East Main Street,    Alliance, OH 44601-2423
25140151       +Ice.com,    Attn: Brandon Proctor,    1515 S I-35, Ste 200,    Austin, TX 78741-2522
25140152       +Lorain Animal Clinic Inc,    Attn: Thomas Wood, President,    4205 Oberlin Avenue,
                Lorain, OH 44053-2924
25140154       +Medicredit, Inc.,    P.O. Box 1629,    Maryland Heights, MO 63043-0629
25140155       +Mercy Regional Medical Center,    Attn: Edwin Oley, CEO,    3700 Kolbe Road,
                Lorain, OH 44053-1611
25140157       +Migraine Medical Center,    C/O Migraine Center America,    Attn: CEO,    24700 Chagrin Blvd, #205,
                Beachwood, OH 44122-5630
25140158       +Montgomery Ward,    Attn: Roger Goddu, CEO,    3650 Milwaukee Street,    Madison, WI 53714-2304
25140159        Nationwide Insurance Co.,    Attn: Stephen Rasmussen, CEO,    P.O. Box 742522,
                Cincinnati, OH 45274-2522
25140160       +Radiology Associates,    Attn: CEO,    24700 Chagrin Blvd. #205,    Beachwood, OH 44122-5630
25140161       +Regional Pathology Assoc,    Attn: CEO,    630 East River Street,    Elyria, OH 44035-5902
25140163       +Robert Schuerger, Esq.,    81 South Fifth Street, # 400,    Columbus, OH 43215-4323
25140165       +Stratford Career Institute,    Attn: Michael Boulay, Vice Presiden,
                1 Champlain Commons, Unit 3,    Saint Albans, VT 05478-1563
25140167       +USCB Corp,    101 Harrison ST,    Archbald, PA 18403-1961
25140166       +University Medical Center,    Attn: Thomas Zenty III, CEO,    11100 Euclid Avenue,
                Cleveland, OH 44106-1716
25140168       +Victoria Financial Insurance,    Attn: Norman Blake, CEO,    22901 Millcreek Blvd,
                Beachwood, OH 44122-5728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: docket@ohbksource.com Nov 01 2017 21:29:10     William J. Balena,
                30400 Detroit Road,    Suite 106,    Westlake, OH 44145
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Nov 01 2017 21:29:44     Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
25140138       +EDI: TSYS2.COM Nov 01 2017 21:13:00     Barclay Bank,    Attn: Jes Staley, CEO,
                125 South West Street,    Wilmington, DE 19801-5014
25140140        EDI: CCS.COM Nov 01 2017 21:13:00     CCS,    P.O. Box 55126,    Boston, MA 02205-5126
25140139        E-mail/Text: cms-bk@cms-collect.com Nov 01 2017 21:30:07     Capital Mgmt Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
25140145       +EDI: CCS.COM Nov 01 2017 21:13:00     Credit Collections Service,    P.O. Box 9134,
                Needham Heights, MA 02494-9134
25140150       +EDI: WESTASSET.COM Nov 01 2017 21:13:00     Global Receivables Solutions, Inc.,
                P.O. Box 790113,    Saint Louis, MO 63179-0113
25140149       +EDI: WESTASSET.COM Nov 01 2017 21:13:00     Global Receivables Solutions, Inc.,
                2703 North Highway 75,    Sherman, TX 75090-2567
25140153       +EDI: MID8.COM Nov 01 2017 21:13:00     MCM,    2365 Northside Drive, #300,
                San Diego, CA 92108-2709
25140156       +EDI: MID8.COM Nov 01 2017 21:13:00     Midland Funding,    8875 Aero Drive,    #200,
                San Diego, CA 92123-2255
25140162        E-mail/Text: bk@revenuegroup.com Nov 01 2017 21:31:41     Revenue Group,
                4780 Hinckley Industrial Pkwy, #200,    Cleveland, OH 44109
25140164       +E-mail/Text: home.fsa-bankruptcy.934c00@statefarm.com Nov 01 2017 21:31:05
                State Farm Insurance Companies,    Attn: Michael Tipsord, CEO,    One State Farm Plaza,
                Bloomington, IL 61710-0001
25140169       +EDI: WESTASSET.COM Nov 01 2017 21:13:00     West Asset,    2703 N Highway 75,
                Sherman, TX 75090-2567
```
                                                                                          TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              Patti Baumgartner-Novak     pnovak@buckeye-express.com,  kroseman@bex.net;OH76@ecfcbis.com
              William J. Balena    on behalf of Debtor Jacquelyn R. Williams docket@ohbksource.com,
              debra@ohbksource.com

                                                                              TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **Jacquelyn R. Williams** | Social Security number or ITIN   **xxx–xx–3232** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | | Date case filed for chapter **7   10/30/17** |
| Case number:   **17–33403–maw** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jacquelyn R. Williams | | |
| 2. | **All other names used in the last 8 years** | aka Jackie Edwards | | |
| 3. | **Address** | 3303 Venice Road rear Sandusky, OH 44870 | | |
| 4. | **Debtor's attorney** Name and address | William J. Balena 30400 Detroit Road Suite 106 Westlake, OH 44145 | | Contact phone (440) 365–2000  Email: docket@ohbksource.com |
| 5. | **Bankruptcy trustee** Name and address | Patti Baumgartner–Novak 3015 Navarre Avenue #203 Oregon, OH 43616 | | Contact phone (419) 724–2480  Email: pnovak@buckeye–express.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | United States Bankruptcy Court<br>1716 Spielbusch Ave Room 411<br>Toledo, OH 43604 | Hours open 9:00 AM – 4:00 PM<br><br>Contact phone 419–213–5600<br><br>Date: 11/1/17 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 19, 2017 at 10:15 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | Location:<br><br>**Ohio Building, 420 Madison Ave, Room 680, Toledo, OH 43604** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/20/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |